No. 11-2582

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff-Appellant,

v.

PEOPLEMARK, INC.,

    Defendant-Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

FILED
Mar 10, 2014
DEBORAH S. HUNT, Clerk

O R D E R

**BEFORE:** BOGGS and McKEAGUE, Circuit Judges; and CARR,[*] District Judge.

The court having received a petition for rehearing en banc, and the petition having been circulated not only to the original panel members but also to all other active judges of this court, and no judge of this court having requested a vote on the suggestion for rehearing en banc, the petition for rehearing has been referred to the original panel.

The panel has further reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. Accordingly, the petition is denied. Judge Carr would grant rehearing for the reasons stated in his dissent.

                        ENTERED BY ORDER OF THE COURT

                        **Deborah S. Hunt, Clerk**

---

[*] The Honorable James G. Carr, Senior United States District Judge for the Northern District of Ohio, sitting by designation.